```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON

MARTIN ROMO-RAMOS,                                    CV. 07-713-HU

          Petitioner,                                       ORDER
     v.

CHARLES DANIELS,

          Respondent.
```

HAGGERTY, Judge

    Petitioner's motion to voluntarily dismiss (#22) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __9th__ day of August, 2007.

                                   __/s/ Ancer L. Haggerty
                                      Ancer L. Haggerty
                                      United States District Judge

1 -- ORDER